J-S75042-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| JACK PAUL ANDERSON | |
| Appellant | No. 1356 WDA 2019 |

Appeal from the PCRA Order entered August 9, 2019
In the Court of Common Pleas of Jefferson County
Criminal Division at No: CP-33-0000247-2018

BEFORE:  STABILE, J., KUNSELMAN, J., and PELLEGRINI, J.*

CONCURRING STATEMENT BY STABILE, J.:　　　　**FILED MARCH 09, 2020**

I agree with the Majority's analysis and conclusions.  I write separately to note that the legality of a sentence can be, and generally is, challenged by defendants.  Thus, to the extent that the Majority indicates that "it is up to the District Attorney" to appeal an illegal sentencing order, I would also add that an affected defendant can similarly challenge the legality of the sentencing order.